**No. 66270.**—Beer Stern Import Corp. v. United States, protest 58/4768 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief of silk, the claim of the plaintiff was sustained.

**No. 66271.**—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. v. United States, protests 263123–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon woven wearing apparel similar in use to silk woven wearing apparel and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 13, 1961

**No. 66272.**—John L. Westland & Son, Inc., a/c Pacific Instruments Corp. et al. v. United States, protests 59/22127, etc. (Los Angeles).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiffs was sustained.